## THE STATE *v.* LOCKE.

APPEAL from the Wayne Criminal Circuit Court.

PETTIT, J.—The indictment in this case is, in all respects, the same as in the case of *The State* v. *Locke* at this term, *ante*, p. 419, and is affirmed on the authority of that case.

*B. W. Hanna*, Attorney General, *D. M. Bradbury*, and *J. E. Neff*, for the State.

*W. A. Peelle* and *H. C. Fox*, for appellee.